UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADELE COBBS,<br><br>    Plaintiff,<br><br>v.<br><br>BLUEMERCURY, INC., ET AL.,<br><br>    Defendants. | Civil Action No. 1:08-cv-01634 |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the U.S. District Court for the District of Columbia, and to enable the judges of this court to evaluate possible recusal, the undersigned counsel for Bluemercury, Inc. ("Bluemercury") certifies that the following entities own more than 10% of Bluemercury's stock:

 Invus, LP

 Invus Group, LLC

               Respectfully submitted,

               **JACKSON LEWIS LLP**

November 19, 2008     By:  /s/ Michael N. Petkovich
               Michael N. Petkovich (D.C. Bar #456010)
               Kara M. Ariail (D.C. Bar# 478718)
               10701 Parkridge Boulevard
               Suite 300
               Reston, VA 20191
               703-483-8300
               Fax: 703-483-8301
               petkovim@jacksonlewis.com
               ariailk@jacksonlewis.com
               **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on November 19, 2008, copies of the foregoing *Financial Interest Disclosure Statement* was sent in accordance with ECF procedures to:

>R. Scott Oswald, Esq.
>Nicholas Woodfield, Esq.
>The Employment Law Group, P.C.
>888 17th Street, N.W., Suite 900
>Washington, D.C. 20006
>soswald@employmentlawgroup.net
>nwoodfield@employmentlawgroup.net

November 19, 2008        By:        /s/ Michael N. Petkovich
>Michael N. Petkovich (D.C. Bar #456010)
>Kara M. Ariail (D.C. Bar# 478718)
>10701 Parkridge Boulevard
>Suite 300
>Reston, VA 20191
>703-483-8300
>Fax: 703-483-8301
>petkovim@jacksonlewis.com
>ariailk@jacksonlewis.com
>**Attorneys for Defendants**